No. 11–10390. ANDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10392. HERBST *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10393. FREERKSEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10394. GILLESPIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10396. FORDE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10397. HAYMOND *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10398. GERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10399. GREEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10402. HERNANDEZ-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10414. GARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10422. FORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10426. UNDER SEAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10428. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10430. GERHOLDT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10435. WARREN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10438. ROUNDSTONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.